IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| EILEEN CHOLLET, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-00987 |
| | ) | (AJT/JFA) |
| SCOTT BRABRAND, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF HEARING

Please take notice that on November 3, 2021, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Dr. Scott Brabrand, by counsel, will present argument on his Motion to Dismiss.

                                            Respectfully submitted,

                                            SCOTT BRABRAND
                                             By Counsel

Date:   September 23, 2021

BLANKINGSHIP & KEITH, P. C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
(703) 691-1235 (telephone)
(703) 691-3913 (facsimile)

By:     /s/ Ian J. McElhaney
      John F. Cafferky, VSB No. 26179
      jcafferky@bklawva.com
      William B. Porter, VSB No. 41798
      wporter@bklawva.com
      Ian J. McElhaney, VSB No. 94888
      imcelhaney@bklawva.com

*Counsel for Dr. Scott Brabrand*

**Certificate of Service**

I hereby certify that on this 23rd day of September 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>George M. Clarke
>BAKER & MCKENZIE LLP
>815 Connecticut Avenue NW
>Washington, DC 20006
>  *Counsel for Plaintiffs*
>
>Robert S. Walton
>Daniel B. Wharton
>BAKER & MCKENZIE LLP
>300 East Randolph Street, Suite 5000
>Chicago, IL 60601
>  *Counsel for Plaintiffs* (*pro hac vice*)

>  /s/ Ian J. McElhaney
>Ian J. McElhaney, Esq.
>Virginia State Bar No. 94888
>BLANKINGSHIP & KEITH, P.C.
>4020 University Drive, Suite 300
>Fairfax, Virginia 22030
>Phone: 703-691-1235
>Fax: 703-691-3913
> imcelhaney@bklawva.com
>
>*Counsel for Dr. Scott Brabrand*